Marcie E. Schaap #4660
Joseph D. Amadon #16386
Marcie E. Schaap, Attorney at Law, P.C.
4760 S. Highland Drive  #333
Salt Lake City, Utah 84117
Telephone:	(801) 201-1642
Facsimile:	(801) 666-7749
E-mail:	marcie@marcieeschaap.com
	joe@marcieeschaap.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES, INC., dba DIXIE REGIONAL MEDICAL CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, and HEALTH BENEFIT PLAN FOR THE EMPLOYEES OF TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER,<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><br>Case No. 2:18-cv-00647-CW-DBP<br><br>Judge Clark Waddoups<br>Magistrate Judge Dustin B. Pead |

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff, through its undersigned counsel, hereby voluntarily dismisses its Complaint, <u>without prejudice</u>, against Defendants, TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, and HEALTH

BENEFIT PLAN FOR THE EMPLOYEES OF TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, each party to bear its own fees and expenses.

**DATED** November 21, 2018.

**MARCIE E. SCHAAP, ATTORNEY AT LAW**

By: /s/ Marcie E. Schaap
Attorney for Plaintiff